55 So.3d 641 (2011)
Arnetha GATLIN, Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES, Appellee.
No. 3D10-1584.
District Court of Appeal of Florida, Third District.
February 9, 2011.
Rehearing Denied March 16, 2011.
Arnetha Gatlin, in proper person.
Javier A. Ley-Soto, for appellee.
Before GERSTEN, LAGOA, and SALTER, JJ.
PER CURIAM.
Affirmed. See § 414.41(1), Fla. Stat. (2009); Pinelli v. Dep't of Children & Families, 878 So.2d 491 (Fla. 1st DCA 2004).